# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**  Plaintiff,  and  **VINCENT JACKSON,**  Plaintiff-Intervenor  v.  **DOLGENCORP, LLC.**  Defendant. | Civil Action No. 2:17-cv-01649-MHH |

**PLAINTIFFF UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S FIRST EVIDENTIARY SUBMISSION IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY REGARDING DEFENDANT'S VIOLATION OF GENETIC INFORMATION NON-DISCRIMINATION ACT**

Plaintiff, Equal Employment Opportunity Commission ("EEOC"), submits this first evidentiary submission in support of its Motion for Partial Summary Judgment as to Liability Regarding Defendant Dolgencorp, LLC's Violation of the

Genetic Information Non-Discrimination Act. The EEOC files the following exhibits in support of its motion.

Exhibit 1, Vincent Jackson's Job Application

Exhibit 2, Vincent Jackson's Charge of Discrimination

Exhibit 3, Defendant's Position Statement

Exhibit 4, General Warehouse Worker Job Description

Exhibit 5, July 13, 2011 Rick Sumner Email to Carla Busbee attaching pre-employment physical forms

Exhibit 6, Dollar General Pre-Employment Evaluation Information What to Expect During Dollar General Post-Offer Evaluation

Exhibit 7, August 22, 2014 Rick Sumner Email to Carla Busbee Regarding GINA

Exhibit 8, June 10, 2015 Adam Zager Email to Carla Busbee Regarding GINA

Exhibit 9, Vincent Jackson's records from Middle Creek Medical Center

Exhibit 10, Kinisha Larry's records from Middle Creek Medical Center

Exhibit 11, Eric Fielder's records from Middle Creek Medical Center

Exhibit 12, Defendant's Responses to EEOC's Request for Admission

Exhibit 13, EEOC's First Amended Answers to Defendant's First Interrogatories

Exhibit 14, Defendant's Answers to EEOC's Second Set of Interrogatories

Dated: December 16, 2020

        Respectfully submitted,

        **MARSHA L. RUCKER**
        Regional Attorney
        PA Bar No. 90041

        **GERALD L. MILLER**
        Supervisory Trial Attorney
        AL Bar No.: ASB-1454-E52G

        */s/Gina E. Pearson*
        **GINA PEARSON**
        Trial Attorney
        AL Bar No.: ASB-3971-H61g
        gina.pearson@eeoc.gov

        **ALYSIA FRANKLIN**
        Trial Attorney
        CA Bar No. 244410
        alysia.franklin@eeoc.gov

        **EQUAL EMPLOYMENT**
        **OPPORTUNITY COMMISSION**
        1130 22nd Street South
        Suite 2000
        Birmingham, AL 35205
        Phone: (205) 651-7049

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2020, I filed the foregoing with the Clerk of Court using the CM/ECF system which will electronically send notification of the filing to all attorneys of record.

>**John E. B. Gerth, Esq.**
>**Stanley E. Graham, Esq.**
>**Frederick Conrad, III, Esq.**
>Waller Lansden Dortch & Davis LLP
>511 Union Street, Suite 2700
>Nashville, TN 37291
>stan.graham@wallerlaw.com
>jeb.gerth@wallerlaw.com
>trip.conrad@wallerlaw.com
>
>Attorneys for Defendant
>
>**Byron Perkins, Esq.**
>Perkins Law
>Civic Center Medical Forum Building
>950-22nd Street N., Suite 550
>Birmingham, Alabama 35203
>bperkins@perkins-law.com
>
>**David W. Scott, Esq.**
>D.W. Scott Law, LLC
>P.O. Box 11734
>Birmingham, AL 35202
>david@dwscottlaw.com
>
>Attorneys for Plaintiff-Intervenor

*/s/Gina E. Pearson*
Gina E. Pearson