FILED
2020 Dec-16 PM 02:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

**Gateway_Questionnaire - 3159BR : GENERAL WAREHOUSE BESSEMER DISTRIBUTION CENTER BESSEMER ALABAMA** for Jackson, Vincent ? Help

Print

**DOLLAR GENERAL**
Save time. Save money. Every day!®

**CONFIDENTIAL**

## PERSONAL INFORMATION

| | | |
|---|---|---|
| **First Name** Vincent | **Middle Name** Claude | **Last Name** Jackson |
| **Preferred First Name** Vince | | **Social Security Number (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)** [redacted] |

| | | |
|---|---|---|
| **Address 1** [redacted] | **State** [redacted] | |
| **Address 2** | **Zip/Postal Code** [redacted] | |
| **City** [redacted] | **Country** United States | |

| | | |
|---|---|---|
| **Home Phone** [redacted] | **When is the best time to call?** Anytime | |
| **Work Phone** | **Email Address** [redacted] | |
| **Other Phone** | | |

| | |
|---|---|
| **Are you 18 years of age or older?** Yes | **Birth Month** [redacted] |
| | **Birth Day** [redacted] |

## GENERAL

**Are you currently employed?** Yes

**Do you have any relatives employed by Dollar General?** Yes

**If yes, please list name(s) and where they work:** William Scott
Dollar General Warehouse
Bessemer, AL

**Are you legally authorized to work in the United States and able to demonstrate this by providing appropriate documentation in accordance with the Federal Immigration Reform and Control Act?**
Yes

**Will you now or in the future require sponsorship for employment visa status?** No

## EMPLOYMENT

**Have you ever worked for Dollar General?** No

**Under what name?**

**Store/DC/District/Region Number**

**Reason for leaving**

**City & State**

**When will you be available to begin work?** 11-Jun-2014

**Will you have a reliable means of transportation?** Yes

**How did you find out about employment opportunities at this location?** Employee Referral

## Work Availability

**Availability to work?** More than 40 hours per week

| | | | |
|---|---|---|---|
| **Monday** Morning | | **Friday** Morning | |
| **Tuesday** Morning | | **Saturday** Morning | |
| **Wednesday** Morning | | **Sunday** Morning | |
| **Thursday** Morning | | | |

EEOC-ID-000365

Many of our stores are open for business on holidays, weekends, and special events. As such, some store support positions are required to work when the stores are open. While we attempt to reasonably accommodate the personal needs of our employees (including sincerely held religious beliefs), ultimately the work schedules are based on business needs and may be subject to change on a weekly basis.

### EDUCATION

| | |
|---|---|
| Educational Institution | University of North Alabama |
| Field of Study | Recreation/Criminal Justice |
| Degree | BACHELORS |
| GPA | |

| | |
|---|---|
| Educational Institution | |
| Field of Study | |
| Degree | |
| GPA | |

| | |
|---|---|
| Educational Institution | |
| Field of Study | |
| Degree | |
| GPA | |

| | |
|---|---|
| Specify professional designations, certifications, licenses or registrations held related to the position applied for. | CPR, First-Aid, and Forklift |

### WORK HISTORY

| | |
|---|---|
| Are you currently employed at Dollar General? | No |
| How many different employers have you worked for in the last 5 years? | 3 |
| Have you ever been suspended, asked to resign or discharged from any employment? | No |
| If yes, please explain | |
| Please explain any gaps between employers of 3 months or longer | |
| Please list other names under which you have worked so that Dollar General can verify your previous employment | |

List below all current and past employment, beginning with your most recent.

| | | | |
|---|---|---|---|
| Previous Employer | Nucor Steel | Position Held | Ladleman |
| Start Year | 2012 | End Year | |
| Previous Employer | Alabama Paper Products | Position Held | Machine Tender |
| Start Year | 2011 | End Year | 2012 |
| Previous Employer | Florence Parks & Rec | Position Held | Recreation Assistant/Gym Supervisor |
| Start Year | 2010 | End Year | 2011 |
| Previous Employer | The Shoe Department | Position Held | Sales Associate |
| Start Year | 2009 | End Year | 2011 |
| Previous Employer | | Position Held | |
| Start Year | | End Year | |
| Current Base Pay Rate | 55,000 | Rate Type | Annual Salary |
| | Yes | | It depends on the quality of steel we make |

| | | |
|---|---|---|
| **Currently, do you receive an incentive bonus?** | | **If yes, please enter the amount of the incentive bonus and the frequency.** |
| **Desired Base Salary** Negotiable | | **Rate Type** Hourly Rate |

### WORK REFERENCES

Include current and accurate contact information. Do not include "personal" references.

#### Reference 1

| | | |
|---|---|---|
| **Reference Name** Orlando Butler | **Reference Phone (999-999-9999)** | **Years Acquainted** 9 |
| | **Reference Email Address** | **Reference Organization** Dollar General Warehouse |

#### Reference 2

| | | |
|---|---|---|
| **Reference Name** William Scott | **Reference Phone (999-999-9999)** | **Years Acquainted** 15 |
| | **Reference Email Address** | **Reference Organization** Dollar Genreal Warehouse |

#### Reference 3

| | | |
|---|---|---|
| **Reference Name** Dustin Goodwin | **Reference Phone (999-999-9999)** | **Years Acquainted** 13 |
| | **Reference Email Address** | **Reference Organization** High School Teacher |

### NOTIFICATION AND AGREEMENT

I certify that all information provided by me is true, accurate and complete. I understand that falsification, misrepresentation or omission of fact on this application or any other accompanying or required documents will be cause for denial of employment or immediate termination of employment, regardless of how or when it is discovered.

I authorize the investigation of all statements and information contained in this application.

I understand that this application will remain active for a 90 day period. After that time, if I desire further consideration, I will complete a new application.

Hiring is conditional upon, among other things, a candidate and/or employee submitting proof of identity and work eligibility in accordance with the Immigration Reform and Control Act, completing and obtaining successful results on a drug screen (if applicable) and criminal background check.

UNDER MARYLAND LAW, AN EMPLOYER MAY NOT REQUIRE OR DEMAND, AS A CONDITION OF EMPLOYMENT, PROSPECTIVE EMPLOYMENT, OR CONTINUED EMPLOYMENT, THAT AN INDIVIDUAL SUBMIT TO OR TAKE A LIE DETECTOR OR SIMILAR TEST. AN EMPLOYER WHO VIOLATES THIS PROVISION IS GUILTY OF A MISDEMEANOR AND SUBJECT TO A FINE NOT EXCEEDING $100.

You must be at least 18 years old to work for Dollar General, unless otherwise authorized by Human Resources or required by law. Close relatives may not work in the same store or department unless otherwise required by law. No employee may work under the immediate supervision of a close relative. If you have questions regarding what constitutes a "close relative", please contact a manager.

I understand that this application is not a contract, offer, or promise of employment. I understand that unless otherwise agreed in writing and signed by an officer of the Company, Dollar General employees are not hired for a specific term. Subject to applicable law, Dollar General or I may terminate my employment at any time with or without cause. No oral representations made by a Dollar General employee with respect to continued employment can alter this relationship.

| | |
|---|---|
| **By typing my name in the field, I am indicating my understanding of the above notification and agreement.** | Vincent Jackson |
| **Please select the state in which you live** | AL |
| **Please select the state of the store / facility to which you are applying** | AL |

| | | | |
|---|---|---|---|
| **Date added** | 07-Jun-2014 | Submission, System () | |
| **Last action** | 07-Jun-2014 | Manager, Automation (KNXAMUser) | |

[Close] [View image PDF]