# EXHIBIT 2

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA<br>☒ EEOC | 420-2014-02227 |
| | | and EEOC |
| State or local Agency, if any | | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Vincent C. Jackson | | |

Street Address                City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| DOLLAR GENERAL DISTRIBUTION CENTER | 201 - 500 | (205) 497-6808 |

Street Address: 4101 Lakeshore Parkway, Bessemer, AL 35022

RECEIVED
JUN 18 2014
E.E.O.C.
BIRMINGHAM DISTRICT

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☐ RETALIATION   ☐ AGE   ☒ DISABILITY   ☒ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-17-2014    Latest: 06-17-2014
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am disabled. I applied for a position as a Picker with the above named employer. On June 12, 2014, I received notification that my application was accepted and I was offered a position. I was informed on June 16, 2014, that I was scheduled for a pre-employment screening on June 17, 2014. Upon arrival, I informed the clerk, Elizabeth Deslattes, that I was disabled. I also informed her that the disability had not affected my ability to work similar jobs. She indicated that the employer has a physical qualification standard that disqualifies me from being hired. She indicated that there was no need for me to continue with the process because I was already disqualified; I informed her I wished to continue.

I was given a medical examination. At the completion of the test, I was informed that I was not qualified due to my disability. During the examination, I was also asked to provide information as it relates to my families medical history.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jun 18, 2014
Date                Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)