FILED
 2020 Dec-16 PM 02:08
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# EXHIBIT 3

**DOLLAR GENERAL**

Dollar General Corporation
100 Mission Ridge
Goodlettsville, TN 37072
U.S.A.

Telephone: 615-855-5474
Facsimile: 615-855-5154
E-mail: msiemens@dollargeneral.com

August 5, 2014

<u>**VIA FACSIMILE (205) 212-2105 & U.S. MAIL**</u>

Bryan M. Douglas, Enforcement Supervisor
U.S. Equal Employment Opportunity Commission
Birmingham District Office
Ridge Park Place
1130 22nd Street
Birmingham, AL 35205

RECEIVED
AUG 07 2014
E.E.O.C.
BIRMINGHAM DISTRICT

    RE:    <u>**Vincent C. Jackson v. Dollar General**</u>
              **EEOC Charge No. 420-2014-02227**

Dear Mr. Douglas:

    I represent the Respondent, Dolgencorp LLC ("Dollar General"), in the above-referenced Charge of Discrimination filed by Vincent C. Jackson ("Jackson").[1] Dollar General denies Jackson's claim that he was discriminated against based on an alleged disability or genetic information. His Charge is groundless and should be dismissed for lack of merit.

## BACKGROUND

**I.    Dollar General**

    Dollar General is a "small box" retailer of consumable goods, including home cleaning supplies and chemicals, health and beauty aids, foods/snacks, pet food/supplies, house wares, gardening tools and products, toys and basic apparel.

    Dollar General is an Equal Opportunity Employer and maintains company-wide policies prohibiting harassment, discrimination and retaliation that are applied to employees and non-

---

[1] Dollar General does not waive any legal defense it may have to the Complaint, including, but not limited to, defenses related to the Commission's jurisdiction over, and timeliness of, any allegation. Dollar General may rely on additional facts and materials not set forth in this Statement of Position in future proceedings, as those additional facts and materials and their relevance become known and available. Dollar General reserves the right to supplement its Statement of Position to respond to additional facts and other matters as it deems necessary or appropriate. Dollar General considers any statements made by the Company to the Commission to be confidential and states that such statements will be made solely under that express understanding.

employees. *See* Exhibit A, Anti-Discrimination and Harassment Policy. Dollar General takes a zero-tolerance approach to violations of its Anti-Discrimination and Harassment Policy and provides several mechanisms for individuals to make complaints of unfair treatment. *Id.* One such mechanism is Dollar General's Customer Service Department, which can be accessed via a toll-free telephone number and/or the Internet. Another mechanism is the Employee Response Center ("ERC"). *Id.* The ERC is a call center that operates seven days a week during the majority of hours that Dollar General stores are open. During the online application process, Jackson acknowledged that he had received and reviewed Dollar General's Anti-Discrimination and Harassment Policy. *See* Exhibit B, Jackson Acknowledgment.

## II.   Charging Party's Application for Employment

On June 7, 2014, Jackson applied online for a General Warehouse position at Dollar General's Distribution Center located in Bessemer, Alabama. *See* Exhibit C, Employment Application. On June 12, 2014, Jackson interviewed with Warehouse Supervisor Michael Fitts as part of a jobs fair at the Distribution Center. Based on the interview, Jackson received a conditional offer of employment, contingent upon his successful completion of Dollar General's online application process and applicable pre-employment, post-offer requirements.

As a pre-employment, post-offer requirement, Jackson was scheduled to complete a physical assessment and drug screen at a vendor-approved health clinic. On June 17, 2014, Dollar General received the faxed results document completed by a Certified Registered Nurse Practitioner at the health clinic. The document indicated "Not Qualified," and indicated that Jackson had refused to take the physical assessment after failing the vision exam. *See* Exhibit E, Faxed Results Document. Because Jackson did not successfully complete all pre-employment, post-offer requirements for employment with Dollar General, his application was declined. Jackson filed the instant Charge of Discrimination the next day, on June 18, 2014. His Charge is groundless and should be dismissed, as no evidence of discrimination exists.

## RESPONSE TO THE ALLEGATIONS

Dollar General denies Jackson's vague and unsupported allegations of discrimination based on alleged disability and genetic information. Even in his Charge of Discrimination, Jackson does not identify any alleged disability; instead, he simply alleges that "I was disabled." This is insufficient to establish that Jackson has a disability.

Regardless, even assuming Jackson has a medical condition, that alleged condition was unknown to Dollar General. After a pre-employment, post-offer physical assessment, Dollar General only receives the faxed results document showing "Qualified" or "Not Qualified," and does not receive any personal medical information or documents from either the applicant or the health clinic. Thus, Dollar General could not have taken adverse action against Jackson on the basis of information (*e.g.*, regarding alleged disability or genetic history) that was not known to Dollar General. Quite simply, Jackson's employment application was declined for the legitimate, non-discriminatory reason of his failure to successfully complete all applicable pre-employment, post-offer requirements.

EEOC-ID-000438

Even Jackson does not appear to believe that he experienced unlawful discrimination. As part of the online application process, Jackson acknowledged his receipt of Dollar General's Anti-Discrimination and Harassment Policy, which sets forth a number of avenues for reporting alleged discrimination or unfair treatment. *See* Exhibit B, Jackson Acknowledgement. Despite the reporting avenues available to him, Jackson did not report any allegations of disability or genetic information discrimination to Dollar General. No evidence exists that any discrimination actually occurred with respect to Jackson, and his Charge must be dismissed.

## **CONCLUSION**

In summary, the facts relevant to this Charge show that Dollar General has acted lawfully towards Jackson in every regard. Accordingly, Dollar General respectfully requests that the Commission dismiss the Charge and enter a finding of no reasonable cause.

Very truly yours,

*[signature: Mel Sie]*

Melanie R. Siemens
Attorney for Respondent

3

## Valuing Diversity & Inclusion in the Workplace

Dollar General recognizes that diversity is a business objective and that an inclusive workplace results in a better experience for customers and employees. Dollar General intends to create a work environment that fosters respect for the different experiences that each employee brings to his or her job. We believe that our differences make us stronger.

The Company demonstrates its commitment to inclusion through:
- Recruiting, hiring and developing employees;
- Serving the needs of our customers; and
- The Company's mission and business strategy.

## Anti-Discrimination and Harassment Policy

Dollar General is committed to providing its employees with a work environment free from unlawful discrimination, harassment and retaliation. To that end, the Company has adopted its Anti-Discrimination and Harassment Policy, which is intended to go beyond what is required by law. In other words, the Policy prohibits workplace conduct that may not necessarily rise to the level of conduct that is prohibited by law. Dollar General values and respects the rights and dignity of each person and will not tolerate discrimination or harassment based on race, color, religion, sex (including pregnancy, child birth and related conditions), national origin, age, disability, citizenship status, sexual orientation, genetic information, gender identity or any other characteristic protected by applicable federal, state, or local law. The Company also will not tolerate unlawful retaliation.

### Zero Tolerance
Any employee who is determined by the Company to have engaged in a violation of this policy will receive the appropriate level of discipline, up to and including termination, even for the first offense, depending on the circumstances.

### Discrimination
Discrimination on the basis of race, color, religion, sex (including pregnancy, child birth and related conditions), national origin, age, disability, citizenship status, sexual orientation, genetic information, gender identity or any other characteristic protected by law is strictly prohibited. This includes, but is not limited to the following: hiring, placement, upgrading, transfer, demotion or promotion, treatment during employment, rates of pay or other forms of compensation, benefits, layoff or discharge, recruitment or solicitation of employment and all other terms and conditions of employment.

### Harassment
Harassment in the workplace, including sexual harassment is also strictly prohibited. Harassment based on sex, or other characteristic protected by law, may take the form of verbal, visual, and/or physical conduct that has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive work environment. Prohibited conduct includes, but is not limited to: speaking to or treating an employee or any other individual in a demeaning or degrading manner that exhibits a dislike for, or hostility, or hatred toward, an individual (or that of his/her relatives, friends or associates) because of race, color, religion, sex (including pregnancy, child birth and related conditions), national origin, age, disability, citizenship status, sexual orientation, genetic information, gender identity or any other characteristic protected by law.

**Examples of conduct prohibited by this policy include, but are not limited to:**
- Slurs, jokes, epithets, or similar comments, whether oral or written (e.g., graffiti) that are based on a particular protected characteristic
- Comments that evidence a stereotype applicable to a particular protected characteristic
- Criticism or stricter scrutiny directed at an individual that is motivated by the individual's protected characteristic

January 2014 HR-5003-0214

EXHIBIT A

3

- Offering or implying an employment related reward (such as promotion or raise) in exchange for sexual favors or submission to sexual conduct or romantic advances
- Threatening or taking of a negative employment action (such as termination, demotion, or denial of a leave of absence) if sexual conduct or romantic advances are rejected
- Unwelcome sexual advances or repeated flirtations, or continuing to express sexual or inappropriate interest after being informed directly that the interest is unwelcome
- Unwelcome intentional touching of another person or other unwanted intentional physical contact (including patting, pinching, or brushing against another person's body)
- Unwelcome whistling, staring, or leering at another person
- Asking unwelcome questions or making unwelcome comments about another person's sexual activities, dating, personal or intimate relationships, or appearance
- Unwelcome sexually suggestive or flirtatious gifts, notes, e-mail, texts, voicemail, posts or other communication on social media sites
- Conduct or remarks that are sexually suggestive or that demean or show dislike for a person or class of persons because of a protected class (including jokes, pranks, teasing, obscenities, obscene or rude gestures or noises, slurs, epithets, taunts, negative stereotyping, threats, or blocking of physical movement)
- Displaying or circulating pictures, objects, or written materials (including graffiti, cartoons, photographs, pinups, calendars, magazines, figurines or novelty items) that are sexually suggestive or that demean or show hostility to a person because of a protected characteristic
- Using sexual behavior to control, influence, or directly affect another employee or job applicant
- Any conduct based on sex, or other characteristic protected by law, that has the purpose or effect of substantially interfering with the individual's work performance or creating an intimidating, hostile or offensive work environment

### The Americans with Disabilities Act (ADA)

The ADA requires, among other things, that an employer provide reasonable accommodation to qualified individuals with disabilities, unless to do so would cause undue hardship for the employer. Dollar General complies with the ADA (and applicable state laws pertaining to disabilities) in the provision of reasonable accommodations to its employees. If you believe that you require an accommodation in order to perform your job, please speak with your manager, Human Resources, and/or contact the Employee Response Center (ERC) at 1-888-237-4114.

### Non-Employees of Dollar General

Dollar General applies its Anti-Discrimination and Harassment Policy to its vendors and customers. Dollar General will not tolerate unlawful discrimination or harassment by or against non-employees of Dollar General. Dollar General will provide reasonable accommodation for its disabled customers as required by law, including but not limited to, allowing disabled customers to shop with service animals.

### Retaliation

Dollar General prohibits retaliation against an employee who has made a report of alleged discrimination or harassment or who has participated in certain investigations or administrative proceedings relating to allegations of discrimination, harassment, or retaliation.

### Reporting Harassment, Discrimination and Retaliation

- Any employee who believes that he/she has been the subject of any form of harassment, discrimination or retaliation by anyone at Dollar General or by any person who does business with Dollar General or who has witnessed harassment, discrimination or retaliation should immediately report the matter to his or her manager, Human Resources or the Employee Response Center (ERC) at 1-888-237-4114.

EEOC-ID-000441

- All allegations of discrimination, harassment or retaliation will be investigated. The investigation will be conducted on a confidential basis and sensitive information will be disclosed on a need to know basis. There will be no retaliation against any employee who reports such conduct or participates in the investigation in good faith. Any attempt to interfere with an investigation or retaliate against an employee for reporting conduct or participation in an investigation may result in discipline up to and including immediate termination, even for the first offense.

## Ethical Standards

To accomplish our mission of Serving Others, we must uphold the values that make our Company great: honesty, fairness and respect. Our Code of Business Conduct and Ethics (the "Code") shows us how to apply our Company's values when interacting with fellow employees, customers, business partners, and communities. These values dictate behavior of the highest moral, ethical and legal standards in pursuing our business interests. We expect all employees to comply with the Code, which has been designed to promote those standards. Remember that certain matters require specific approval by or disclosure to the persons specified in the Code. In those cases, you must follow the procedures set out in the Code. Disclosure to your manager is not enough. The Code of Business Conduct and Ethics is posted on DGe under "Company Policies" and on the Investor Information-Corporate Governance portion of our website at www.dollargeneral.com.

If you wish to report an ethical or legal concern or complaint anonymously, you may do so by calling the Whistleblower Hotline at 1-800-334-9338 or fill out a report on-line at www.tnwgrc.com/dollargeneral. All complaints and concerns submitted through this hotline or online will be received and processed by a third party provider. The operators will take your report and forward it to the appropriate Dollar General representative. All matters reported via the hotline or website will be treated confidentially, subject to applicable law, regulation or legal proceeding. If you do not need to remain anonymous, we strongly encourage you to instead report any complaints or concerns to the Employee Response Center (ERC) at 1-888-237-4114 or persons specified in the Code of Conduct rather than through the hotline or website.

Dollar General prohibits retaliation against an employee who makes a report to the Whistleblower Hotline or the ERC or any person specified in the Code of Business Conduct and Ethics.

Dollar General intends to consistently enforce the policies and standards in the Code through appropriate disciplinary mechanisms. Conduct that violates the Code or any applicable law, rule or regulation may subject the persons involved to prosecution, imprisonment or fines. Dollar General also may be subject to prosecution, fines and other penalties for the improper conduct of our employees.

Any violation of the Code or any applicable laws, rules or regulations, including the failure to report a violation, may result in disciplinary action, even for the first offense, up to and including termination of employment depending on the circumstances.

## Open Door Policy – Solving Problems

The Company is committed to an Open Door Policy to answer any work related question, problem or concern you may have. If you have a concern you would like to bring to the Company's attention, follow these steps:

- Discuss your concern with your immediate manager, if you are comfortable doing so.
- If you and your manager cannot resolve the issue to your satisfaction, or your manager is part of the concern, you should feel comfortable discussing your concern with the next level of management.
- If you are not satisfied with the response given by your managers or if you do not feel comfortable in bringing your concerns to the attention of your managers, please contact Human Resources.

# Anti-Discrimination and Harassment Policy

Dollar General is committed to providing its employees with a work environment free from unlawful discrimination, harassment and retaliation. To that end, the Company has adopted its Anti-Discrimination and Harassment Policy, which is intended to go beyond what is required by law. In other words, the Policy prohibits workplace conduct that may not necessarily rise to the level of that prohibited by law. Dollar General values and respects the rights and dignity of each person and will not tolerate discrimination or harassment based on race, color, religion, sex (including pregnancy, child birth and related conditions), national origin, age, disability, citizenship status, sexual orientation, genetic information or any characteristic protected by law. The Company also will not tolerate unlawful retaliation.

### Zero Tolerance
Any employee who is determined by the Company to have engaged in a violation of this policy will receive the appropriate level of discipline, and may be terminated, even for the first offense, depending on the circumstances.

### Discrimination
Discrimination on the basis of race, color, religion, sex (including pregnancy, child birth and related conditions), national origin, age, disability, citizenship status, sexual orientation, genetic information or any other characteristic protected by law is strictly prohibited. This includes, but is not limited to the following: hiring, placement, upgrading, transfer, demotion or promotion, treatment during employment, rates of pay or other forms of compensation, benefits, layoff or discharge, recruitment or solicitation of employment and all other terms and conditions of employment.

### Harassment
Harassment in the workplace, including sexual harassment is also strictly prohibited. Included among the conduct prohibited in this regard are the following: speaking to or treating an employee or any other individual in a demeaning or degrading manner that exhibits a dislike for, or hostility, or hatred toward, an individual (or that of his/her relatives, friends or associates) because of race, color, religion, sex (including pregnancy, child birth and related conditions), national origin, age, disability, citizenship status, sexual orientation, genetic information or any other characteristic protected by law.

Examples of conduct prohibited by this provision include, but are not limited to:

- Slurs, jokes, epithets, or similar comments, whether oral or written (e.g., graffiti) that are based on a particular protected characteristic
- Comments that evidence a stereotype applicable to a particular protected characteristic
- Criticism or stricter scrutiny directed at an individual that is motivated by the individual's protected characteristic
- Offering or implying an employment related reward (such as promotion or raise) in exchange for sexual favors or submission to sexual conduct
- Threatening or taking of a negative employment action (such as termination, demotion, or denial of a leave of absence) if sexual conduct is rejected
- Unwelcome sexual advances or repeated flirtations
- Unwelcome intentional touching of another person or other unwanted intentional physical contact (including patting, pinching, or brushing against another person's body)
- Unwelcome whistling, staring, or leering at another person
- Asking unwelcome questions or making unwelcome comments about another person's sexual activities, dating, personal or intimate relationships, or appearance
- Unwelcome sexually suggestive or flirtatious gifts, notes, e-mail or voicemail
- Conduct or remarks that are sexually suggestive or that demean or show dislike for a person or class of person because of a protected class (including jokes, pranks, teasing, obscenities, obscene or rude gestures or noises, slurs, epithets, taunts, negative stereotyping, threats, or blocking of physical movement)
- Displaying or circulating pictures, objects, or written materials (including graffiti, cartoons, photographs, pinups, calendars, magazines, figurines or novelty items) that are sexually suggestive or that demean or show hostility to a person because of a protected characteristic
- Any conduct based on sex, or other characteristic protected by law, that has the purpose or effect of substantially interfering with the individual's work performance or creating an intimidating, hostile or offensive work environment

### The Americans with Disabilities Act (the ADA)
The ADA requires, among other things, that an employer provide reasonable accommodation to qualified individuals with disabilities, unless to do so would cause undue hardship for the employer. It is Dollar General's intention to comply with the ADA in the provision of reasonable accommodation to its employees. If you believe that you require an accommodation in order to perform your job, please speak with your manager, Human Resources, or contact the Employee Response Center (ERC) at 1-888-237-4114.

### Non-Employees of Dollar General
Dollar General applies its Anti-Discrimination and Harassment Policy to its vendors and customers. Dollar General will unlawful discrimination by or against non-employees of Dollar General. Dollar General will provide reasonable accomm disabled customers as required by law, including but not limited to, allowing disabled customers to shop with service a



EXHIBIT B

Retaliation

Dollar General prohibits retaliation against an employee who has made a report of alleged discrimination or harassment or who has participated in certain investigations or administrative proceedings relating to allegations of discrimination, harassment, or retaliation.

Reporting Harassment, Discrimination and Retaliation

- Any employee who believes that he/she has been the subject of any form of harassment, discrimination or retaliation by anyone at Dollar General or by any person who does business with Dollar General or who has witnessed harassment, discrimination or retaliation should immediately report the matter to his or her manager, Human Resources or the Employee Response Center (ERC) at 1-888-237-4114.
- All allegations of discrimination, harassment or retaliation will be investigated. The investigation will be conducted on a confidential basis; sensitive information will be disclosed on a need to know basis. There will be no retaliation against any employee who reports such conduct or participates in the investigation in good faith. Any attempt to interfere with an investigation or retaliate against an employee for reporting conduct or participation in an investigation may result in immediate termination.

I understand and am fully aware that Dollar General is committed to a work environment free from discrimination and harassment. I understand that if I feel I have been the victim of discrimination, retaliation or harassment, I should immediately report the incident to the Employee Response Center without fear of retaliation or any adverse employment action. I understand that Dollar General's Anti-Discrimination and Harassment Policy and the number for reporting discrimination or harassment can be located on the attached policy, in my employee handbook and on the Federal and State posters found in the break room, stock room or service center.

NAME: Vincent Jackson         SSN: XXX-XX-9729

By initialing the box below I certify that I have read and understand the Anti-Discrimination Policy.

Initials: VJ                                                            Date: 6/12/2014

Revised 9-1-2010

Gateway_Questionnaire - 3159BR : GENERAL WAREHOUSE - BESSEMER DISTRIBUTION CENTER for Jackson, Vincent   ? Help

**DOLLAR GENERAL**
Save time. Save money. Every day!

### PERSONAL INFORMATION

| | | |
|---|---|---|
| First Name  Vincent | Middle Name  Claude | Last Name  Jackson |
| Preferred First Name  Vince | | Social Security Number (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) |
| Address 1 | | |
| Address 2 | | State |
| City | | Zip/Postal Code |
| | | Country  United States |
| Home Phone | When is the best time to call?  Anytime | |
| Work Phone | | |
| Other Phone | Email Address | |
| Are you 18 years of age or older?  Yes | Birth Month  July | |
| | Birth Day  10 | |

### GENERAL

Are you currently employed?  Yes

Do you have any relatives employed by Dollar General?  Yes

If yes, please list name(s) and where they work:  William Scott
Dollar General Warehouse
Bessemer, AL

Are you legally authorized to work in the United States and able to demonstrate this by providing appropriate documentation in accordance with the Federal Immigration Reform and Control Act?
Yes

Will you now or in the future require sponsorship for employment visa status?  No

### EMPLOYMENT

| | |
|---|---|
| Have you ever worked for Dollar General?  No | Under what name? |
| Store/DC/District/Region Number | Reason for leaving |
| City & State | |

| | |
|---|---|
| When will you be available to begin work?  11-Jun-2014 | Will you have a reliable means of transportation?  Yes |

How did you find out about employment opportunities at this location?  Employee Referral

### Work Availability

Availability to work?  More than 40 hours per week


EXHIBIT C

https://trm.brassring.com/Jetstream/500/presentation/Template/Asp/Candidate/Forms/Vie...

EEOC-ID-000445

| | | | | |
|---|---|---|---|---|
| Monday | Morning | | Friday | Morning |
| Tuesday | Morning | | Saturday | Morning |
| Wednesday | Morning | | Sunday | Morning |
| Thursday | Morning | | | |

Many of our stores are open for business on holidays, weekends, and special events. As such, some store support positions are required to work when the stores are open. While we attempt to reasonably accommodate the personal needs of our employees (including sincerely held religious beliefs), ultimately the work schedules are based on business needs and may be subject to change on a weekly basis.

**EDUCATION**

Educational Institution   University of North Alabama

Field of Study   Recreation/Criminal Justice

Degree   BACHELORS

GPA

Educational Institution

Field of Study

Degree

GPA

Educational Institution

Field of Study

Degree

GPA

Specify professional designations, certifications, licenses or registrations held related to the position applied for.   CPR, First-Aid, and Forklift

**WORK HISTORY**

Are you currently employed at Dollar General?   No

How many different employers have you worked for in the last 5 years?   3

Have you ever been suspended, asked to resign or discharged from any employment?   No

If yes, please explain

Please explain any gaps between employers of 3 months or longer

Please list other names under which you have worked so that Dollar General can verify your previous employment

List below all current and past employment, beginning with your most recent.

Previous Employer   Nucor Steel     Position Held   Ladleman

| | | | |
|---|---|---|---|
| Start Year | 2012 | End Year | |
| Previous Employer | Alabama Paper Products | Position Held | Machine Tender |
| Start Year | 2011 | End Year | 2012 |
| Previous Employer | Florence Parks & Rec | Position Held | Recreation Assistant/Gym Supervisor |
| Start Year | 2010 | End Year | 2011 |
| Previous Employer | The Shoe Department | Position Held | Sales Associate |
| Start Year | 2009 | End Year | 2011 |
| Previous Employer | | Position Held | |
| Start Year | | End Year | |
| Current Base Pay Rate | 55,000 | Rate Type | Annual Salary |
| Currently, do you receive an incentive bonus? | Yes | If yes, please enter the amount of the incentive bonus and the frequency. | It depends on the quality of steel we make |
| Desired Base Salary | Negotiable | Rate Type | Hourly Rate |

## WORK REFERENCES

Include current and accurate contact information. Do not include "personal" references.

### Reference 1

| | | | |
|---|---|---|---|
| Reference Name | Orlando Butler | Reference Phone (999-999-9999) | Years Acquainted 9 |
| | | Reference Email Address | Reference Organization Dollar General Warehouse |

### Reference 2

| | | | |
|---|---|---|---|
| Reference Name | William Scott | Reference Phone (999-999-9999) | Years Acquainted 15 |
| | | Reference Email Address | Reference Organization Dollar Genreal Warehouse |

### Reference 3

| | | | |
|---|---|---|---|
| Reference Name | Dustin Goodwin | Reference Phone (999-999-9999) | Years Acquainted 13 |
| | | Reference Email Address | Reference Organization High School Teacher |

## NOTIFICATION AND AGREEMENT

I certify that all information provided by me is true, accurate and complete. I understand that falsification, misrepresentation or omission of fact on this application or any other accompanying or required documents will be cause for denial of employment or immediate termination of employment, regardless of how or when it is discovered.

I authorize the investigation of all statements and information contained in this application.

I understand that this application will remain active for a 90 day period. After that time, if I desire further consideration, I will complete a new application.

Hiring is conditional upon, among other things, a candidate and/or employee submitting proof of identity and work eligibility in accordance with the Immigration Reform and Control Act, completing and obtaining successful results on a drug screen (if applicable) and criminal background check.

UNDER MARYLAND LAW, AN EMPLOYER MAY NOT REQUIRE OR DEMAND, AS A CONDITION OF EMPLOYMENT, PROSPECTIVE EMPLOYMENT, OR CONTINUED EMPLOYMENT, THAT AN INDIVIDUAL SUBMIT TO OR TAKE A LIE DETECTOR OR SIMILAR TEST. AN EMPLOYER WHO VIOLATES THIS PROVISION IS GUILTY OF A MISDEMEANOR AND SUBJECT TO A FINE NOT EXCEEDING $100.

You must be at least 18 years old to work for Dollar General, unless otherwise authorized by Human Resources or required by law. Close relatives may not work in the same store or department unless otherwise required by law. No employee may work under the immediate supervision of a close relative. If you have questions regarding what constitutes a "close relative", please contact a manager.

I understand that this application is not a contract, offer, or promise of employment. I understand that unless otherwise agreed in writing and signed by an officer of the Company, Dollar General employees are not hired for a specific term. Subject to applicable law, Dollar General or I may terminate my employment at any time with or without cause. No oral representations made by a Dollar General employee with respect to continued employment can alter this relationship.

By typing my name in the field, I am indicating my understanding of the above notification and agreement.    Vincent Jackson

Please select the state in which you live    AL

Please select the state of the store / facility to which you are applying    AL

Date added          07-Jun-2014          Submission, System ()

Last action         07-Jun-2014          Manager, Automation (KNXAMUser)

[ Close ]

EEOC-ID-000448

From:Middle Creek Medical        2054264824            06/17/2014 10:27      #762 P.002/002

# DOLLAR GENERAL  Pre-Employment Physical

Please fax to _____ at (xxx) xxx-xxxx

Name of Applicant: Vincent C Jackson

☐ **Qualified**

☒ **Not Qualified**
Pt failed vision exam + then refused physical.

☐ **Referred to PMD**
(Copy of Job Analysis was provided to applicant for PMD review)

Signature _____  Date: 6/17/2014


EXHIBIT D

EEOC-ID-000449



AUG - 7 2014

FIRST CLASS MAIL

Bryan M. Douglas, Enforcement Supervisor
U.S. Equal Employment Opportunity Commission
Birmingham District Office
Ridge Park Place
1130 22nd Street
Birmingham, AL 35205

**DOLLAR GENERAL**
Save time. Save money. Every day!

Dollar General Corporation
100 Mission Ridge
Goodlettsville, TN 37072
U.S.A.

EEOC-ID-000450