FILED
2020 Dec-16 PM 02:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 6

 # Dollar General Pre-Employment Evaluation Information

## What to expect during the Dollar General post offer evaluation

- Blood Pressure Reading
- Heart Rate Reading
- Push and Pull Testing
- Movement Testing
- Treadmill Testing
- Lifting and Climbing Testing

Please wear comfortable, casual and loose-fitting clothing with tennis shoes.
No heels or opened toed shoes.

Please limit caffeine intake, tobacco products and antihistamines due to their effect on blood pressure and heart rate.

This is a maximal effort test. Please make every effort to be on time for your scheduled testing.


PLAINTIFF'S EXHIBIT 11