# EXHIBIT 7

**Carla Busbee**

AUG 22 — DEC 2014

| | |
|---|---|
| From: | Rick Sumner [rsumner@dollargeneral.com] |
| Sent: | Friday, August 22, 2014 9:07 AM |
| To: | Carla Busbee |
| Subject: | Updated Dollar General Pre-Employ Physical Evaluation Documents |
| Attachments: | DC Pre Employment results fax sheet - Bessemer.pdf; DC Pre-Employment Physical Evaluation Information Sheet - 7-14-14.pdf; Distribution Center Preemploy physical Evaluation Instructions - 7-14-14.pdf; Physical Evaluation Documents Update 7-14-14.pdf |

Dear Carla,

Thank you for administering Dollar General's post offer, pre-employment physical evaluation. Please ensure that you are using the updated attached documents and forms when administrating the evaluation. I have also attached a document that generally outlines the process for the evaluation. As you are aware, the Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by the law. Genetic information as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductions services. To help ensure continued compliance with this law, when relaying the results of the evaluation, you should not provide Dollar General with any genetic information about the candidate. You should only inform Dollar General (on the form provided) whether the candidate is qualified, not qualified or referred to his or her PMD. Please do not provide any other information to Dollar General. Please ensure these new documents are implemented immediately.

Please do not hesitate to contact me with questions or concerns about this information.

Regards,

Rick Sumner
Director Insurance & Safety
Dollar General
100 Mission Ridge
Goodlettsville, TN 37072
(615) 855-5133

1


PLAINTIFF'S EXHIBIT 18

8/22/14

 **Pre-Employment Physical**

# Please fax to Nick Orefice at (615) 855-8099

Name of Applicant:_____

☐ **Qualified**

☐ **Not Qualified**

☐ **Referred to PMD**
(Copy of Job Analysis was provided to applicant for PMD review)

Signature _____ Date: _____

8/22/14



# Dollar General Pre-Employment Physical Evaluation

# What to expect during the Physical Evaluation

- Blood Pressure Reading
- Heart Rate Reading
- Movement Testing

Please wear comfortable, casual and loose-fitting clothing with tennis shoes.

Please limit caffeine intake, tobacco products and antihistamines due to their effect on blood pressure and heart rate.

Note: The Genetic Information Nondiscrimination Act of 2008 prohibits employers from requesting or requiring genetic information of an individual or family member of the individual, unless specifically allowed by the law. You are not required to provide any family medical history, the results of your genetic tests or genetic tests of your family members, that you or a family member sought or received genetic services, genetic information of a fetus carried by you or a family member or an embryo lawfully held by you or a family member receiving assistive reproduction services.

EEOC-ID-000598

8/22/14

## Distribution Center Post Offer Pre-Employ Physical Evaluation

After the DC HR team has received the completed background check, candidates are scheduled for the drug screen and physical evaluation portions of the test. The facilities we have partnered with are using the E-Screen/E-Cup drug screen test. The candidate first completes the urine drug screen. If a negative result is captured, the candidate moves forward with the physical evaluation. The physical evaluation (completed by a physician) encompasses a general health screening including visual acuity, blood pressure and range of motion testing. The candidate completes a health questionnaire requesting medical history, health history and current medications. The candidate should not be asked to provide any genetic information about him or herself or asked to provide any information about his or her family medical history which includes genetic information of any kind.

The physician reviews the candidate's health history determines if the candidate is qualified for the position. If the candidate has medical conditions identified from the health history that requires clarification or if in the physicians judgment the condition could be exacerbated by the physical requirements of the General Warehouse position, the candidate needs to be referred back to their Personal Medical Doctor (PMD) or medical provider that treated them for that particular condition. The candidate will be provided a copy of the General Warehouse Job Analysis and job description for the PMD to review. A letter or a phone call to the physician that completed the Dollar General physical evaluation from the candidate's provider is required for consideration of qualification.

The physician completing the physical evaluation determines if the candidate is qualified or not qualified. The only information about the candidate that is provided to Dollar General is whether the candidate is qualified, not qualified or referred to their PMD.

A candidate that does not qualify from the physical evaluation is allowed to retake the evaluation in 30 days.

8/22/14

# DOLLAR GENERAL

**PHYSICAL EVALUATION**

Date_____

Patient Name: _____ SSN: _____ DOB: _____

| Blood pressure | Pulse ☐ Regular ☐ Irregular | Vision Far   Right 20/____ Left 20/____ Both 20/____ <br> ☐ Uncorrected  ☐ Corrected |
|---|---|---|
| Height | Weight | Vision Near   Right 20/____ Left 20/____ Both 20/____ <br> ☐ Uncorrected  ☐ Corrected |
| | | Color vision _____ ☐ Normal   ☐ Abnormal |

Visual fields    Right: ____ degree............ ☐ Normal   ☐ Abnormal   Comments _____
                Left: ____ degree............ ☐ Normal   ☐ Abnormal   Comments _____
Depth perception .................................. ☐ Normal   ☐ Abnormal   Comments _____
Skin ....................................................... ☐ Normal   ☐ Abnormal   Comments _____
Eyes ...................................................... ☐ Normal   ☐ Abnormal   Comments _____
Ears ...................................................... ☐ Normal   ☐ Abnormal   Comments _____
Hearing to normal conversation ............... ☐ Normal   ☐ Abnormal   Comments _____

Nose ...................................................... ☐ Normal   ☐ Abnormal   Comments _____
Neck ...................................................... ☐ Normal   ☐ Abnormal   Comments _____
Chest wall – Breast ................................ ☐ Normal   ☐ Abnormal   Comments _____
Lungs .................................................... ☐ Normal   ☐ Abnormal   Comments _____
Heart ..................................................... ☐ Normal   ☐ Abnormal   Comments _____
Abdomen ............................................... ☐ Normal   ☐ Abnormal   Comments _____
Genitalia ................................................ ☐ Normal   ☐ Abnormal   Comments _____

Upper extremities .................................. ☐ Normal   ☐ Abnormal   Comments _____
Hands/fingers ........................................ ☐ Normal   ☐ Abnormal   Comments _____
Legs ...................................................... ☐ Normal   ☐ Abnormal   Comments _____
Knees .................................................... ☐ Normal   ☐ Abnormal   Comments _____
Feet/ankles ........................................... ☐ Normal   ☐ Abnormal   Comments _____
Varicosities ........................................... ☐ Normal   ☐ Abnormal   Comments _____

Upper extremity reflexes ........................ ☐ Normal   ☐ Abnormal   Comments _____
Upper extremity strength ....................... ☐ Normal   ☐ Abnormal   Comments _____
Upper extremity ROM ............................ ☐ Normal   ☐ Abnormal   Comments _____

Lower extremity reflexes ........................ ☐ Normal   ☐ Abnormal   Comments _____
Lower extremity strength ....................... ☐ Normal   ☐ Abnormal   Comments _____
Lower extremity ROM ............................ ☐ Normal   ☐ Abnormal   Comments _____
Back/spine ROM .................................... ☐ Normal   ☐ Abnormal   Comments _____

8/12/14

**DOLLAR GENERAL**

**EVALUATION RESULTS**                                                      Date _____

Patient Name: _____ SSN: _____ DOB: _____

☐ No medical restrictions are indicated.

☐ The following medical restrictions are indicated:

_____
_____
_____
_____
_____
_____
_____
_____

☐ Recommend further evaluation:

_____
_____
_____
_____

☐ Remarks:

_____
_____
_____
_____
_____

Print physician name _____

Physician signature _____ Date _____

2

8/22/14

# DOLLAR GENERAL

## PHYSICAL EVALUATION

Date _____

Patient Name: _____ SSN: _____ DOB: _____

Employer: _____

| | | |
|---|---|---|
| **Medical History:** | Y / N | |
| Have you had any previous major medical problems? | | |
| Are you currently under a physician's care? | Y / N | |
| Have you had any previous surgeries? | Y / N | |
| Have you been hospitalized? | Y / N | |
| Have you had an injury that required you to see a physician? | Y / N | |
| **MEDICATIONS:** | Y / N | |
| Do you take any medications? | | |
| If yes, please list _____ | Y / N | |
| Reason _____ | | |
| Doctor's Name _____ | | |
| **ALLERGIES:** | | |
| Are you allergic to any medications? | | |
| Please list: _____ | Y / N | |
| Last Tetanus: _____ | | |

| | |
|---|---|
| Do you smoke? | Y / N |
| If yes, ____ Cigarettes per day | Y / N |
| ____ Cigars per day | |
| ____ Number of years | |
| Do you use other tobacco? | |
| If yes, ____ Snuff | Y / N |
| ____ Chewing tobacco | |
| ____ Number of years | |
| Do you drink? | |
| If yes, ____ Beers per day | Y / N |
| ____ Glasses of wine per day | |
| ____ Mixed drinks per day | |

**Health History; Do Not Provide Family Medical History Information**

| | | | | |
|---|---|---|---|---|
| Any illness or injury in the last 5 years? | Y / N | Kidney disease, dialysis | | Y / N |
| Head/Brain injuries, disorders or illness | Y / N | Liver disease | | Y / N |
| Seizures, epilepsy medication _____ | Y / N | Digestive problems | | Y / N |
| Eye disorders or impaired vision (except corrective lenses) | Y / N | Loss of, or altered consciousness | | Y / N |
| Heart disease or heart attack; other cardiovascular condition | Y / N | Fainting, dizziness | | Y / N |
| medication _____ | Y / N | Stroke or paralysis | | Y / N |
| Heart surgery (valve replacement/bypass, angioplasty, pacemaker) | Y / N | Missing or impact hand, arm, foot, leg, finger, toe | | Y / N |
| High blood pressure medication _____ | | Spinal injury or disease | | |
| Lung disease, emphysema, asthma, chronic bronchitis | Y / N | Chronic low back pain | | Y / N |
| Nervous of psychiatric disorders, e.g. severe depression | Y / N | Regular, frequent alcohol use | | Y / N |
| medication _____ | Y / N | Surgeries | | Y / N |
| Sleep disorders, pauses in breathing while asleep, daytime sleepiness, loud snoring | Y / N | What _____ When _____ | | Y / N |
| Diabetes or elevated blood sugar controlled by: | | Narcotic or habit forming drug use | | Y / N |
| • Diet | Y / N | Shortness of breath | | Y / N |
| • Pills | Y / N | Muscular disease | | Y / N |
| • Insulin | Y / N | Ear disorders, loss or hearing or balance | | Y / N |

## Medical Release

I authorize the release of any information acquired in the course of my examination to Dollar General and its representatives.

Signature _____ Date _____

*Note: The Genetic Information Nondiscrimination Act of 2008 prohibits employers from requesting or requiring genetic information of an individual or family member of the individual, unless specifically allowed by the law. You are not required to provide any family medical history, the results of your genetic tests or genetic tests of your family members, that you or a family member sought or received genetic services, genetic information of a fetus carried by you or a family member or an embryo lawfully held by you or a family member receiving assistive reproduction services.*

3

EEOC-ID-000602

Jan 2014 – Aug 2014

# DOLLAR GENERAL  Pre-Employment Physical

**Please fax to** _____ **at (xxx) xxx-xxxx**

**Name of Applicant:** _____

☐ **Qualified**

☐ **Not Qualified**

☐ **Referred to PMD**
(Copy of Job Analysis was provided to applicant for PMD review)

**Signature** _____ **Date:** _____

EEOC-ID-000603