# EXHIBIT 8



From: Adam Zager
Sent: Wednesday, June 10, 2015 5:04 PM
To: 'cbusbee@middlecreekmedicalcenter.com' <cbusbee@middlecreekmedicalcenter.com>
Cc: Mark Coe <mcoe@dollargeneral.com>; Nick Orefice <norefice@dollargeneral.com>; Donald Campbell <dcampbel@dollargeneral.com>; Paul Porter <pporter@dollargeneral.com>; Jessica Young <jyoung@dollargeneral.com>
Subject: Dollar General - Distribution Center Pre-Employment Physical Documents and Forms Update
Importance: High

Dear Carla,

Thank you for administering Dollar General's post offer, pre-employment physical evaluation. Please ensure that you are using the updated attached documents and forms when administrating the evaluation. I have also attached a document that generally outlines the process for the evaluation. As you are aware, the Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by the law. Genetic information as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

To help ensure continued compliance with this law, when relaying the results of the evaluation, you should not provide Dollar General with any genetic information about the candidate. **You should only inform Dollar General (on the attached "Fax Results Sheet") whether the candidate is qualified, not qualified or referred to his or her PMD. Please do not provide any other information to Dollar General.** Please ensure these new documents are implemented immediately. If a candidate requests an accommodation in relation to the physical evaluation, please direct the candidate to contact the Human Resources Department at Dollar General's Distribution Center.

Please call me directly (615-855-5145) if you have any questions about this information.

Sincerely,


Adam Zager

1



PLAINTIFF'S EXHIBIT 19

Risk Management
615-855-5145 - Direct
615-855-5139 - Fax

2

CONFIDENTIAL

DG_EEOC_Jackson_000024

June 9, 2015

Dear Carla,

Thank you for administering Dollar General's pre-employment, post-offer physical evaluation. Please ensure that you are using the attached documents and forms when administrating the evaluation. I have also attached a document that generally outlines the process for the evaluation.

As you are aware, the Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by the law. Genetic information as defined by GINA, includes a individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services. To help ensure continued compliance with this law, when relaying the results of the evaluation, you should not provide Dollar General with any genetic information about the candidate. You should only inform Dollar General (on the form provided) whether the candidate is qualified, not qualified or referred to his or her PMD. Please do not provide any other information to Dollar General. If a candidate requests an accommodation in relation to the physical evaluation, please direct the candidate to contact the Human Resources Department at Dollar General's Distribution Center.

Please call me directly (615-855-5145) if you have any questions or concerns about this information.

Regards,

Adam Zager
Senior Manager, Risk Management
Dollar General
100 Mission Ridge
Goodlettsville, TN 37072
(615) 855-5145

## Distribution Center Pre-Employment, Post-Offer
## Physical Evaluation

After the DC HR team has received the completed background check, candidates are scheduled for the drug screen and physical evaluation. The facilities we have partnered with are using the E-Screen/E-Cup drug screen test. The candidate first completes the urine drug screen. If a negative result is captured, the candidate moves forward with the physical evaluation. The physical evaluation (completed by a physician) is based on the General Warehouse Worker position and encompasses a health screening including visual acuity, blood pressure and range of motion testing. The candidate completes a health questionnaire requesting medical history, health history and current medications. The candidate should not be asked to provide any genetic information about him or herself or asked to provide any information about his or her family medical history which includes genetic information of any kind.

The physician reviews the candidate's health history and determines if the candidate is qualified for the General Warehouse Worker position. If the candidate has medical conditions identified from the health history that requires clarification or if in the physician's judgment the condition could be exacerbated by the physical requirements of the General Warehouse Worker position, the candidate needs to be referred back to their Personal Medical Doctor (PMD) or medical provider that treated them for that particular condition. The candidate will be provided a copy of the General Warehouse Worker Job Analysis and job description for the PMD to review. A letter or a phone call to the physician that completed the Dollar General physical evaluation from the candidate's provider is required for consideration of qualification.

The physician completing the physical evaluation determines if the candidate is qualified or not qualified. The only information about the candidate that is provided to Dollar General is whether the candidate is qualified, not qualified or referred to their PMD. If the candidate requests an accommodation in relation to the physical evaluation, direct the candidate to contact the DC HR team.

A candidate that does not qualify from the physical evaluation is allowed to retake the evaluation in 30 days.

6-2015

# DOLLAR GENERAL®

**PHYSICAL EVALUATION**                                           Date_____

Patient Name: _____ SSN: _____ DOB: _____

| Blood pressure | Pulse ☐ Regular <br> ☐ Irregular | Vision  Far    Right 20 / _____  Left 20 / _____  Both 20 / _____ <br> ☐ Uncorrected  ☐ Corrected |
|---|---|---|
| Height | Weight | Vision  Near   Right 20 / _____  Left 20 / _____  Both 20 / _____ <br> ☐ Uncorrected  ☐ Corrected |
|  |  | Color vision _____ ☐ Normal      ☐ Abnormal |

<u>Please answer the following questions Indicating the candidate's ability to perform the essential job functions of the General Warehouse Worker position:</u>

Visual fields    Right: ____ degree............ Comments _____
                 Left:  ____ degree............ Comments _____

Depth perception ................................ Comments _____

Hearing to normal conversation ................ Comments _____

Lungs ................................................. Comments _____

Heart ................................................. Comments _____

Upper extremities ................................ Comments _____

Hands/fingers ...................................... Comments _____

Legs .................................................. Comments _____

Knees ................................................ Comments _____

Feet/ankles ......................................... Comments _____

Upper extremity reflexes ....................... Comments _____

Upper extremity strength ...................... Comments _____

Upper extremity ROM ........................... Comments _____

Lower extremity reflexes ....................... Comments _____

Lower extremity strength ...................... Comments _____

Lower extremity ROM ........................... Comments _____

Back/spine ROM .................................. Comments _____

Neck/spine ROM.................................. Comments _____

6-2015

CONFIDENTIAL                                                                                        DG_EEOC_Jackson_000027

# DOLLAR GENERAL

**PHYSICAL EVALUATION RESULTS**

Date_____

Patient Name: _____ SSN: _____ DOB: _____

☐ No medical restrictions are indicated.

☐ The following medical restrictions are indicated, which may impact the candidate's ability to perform the essential functions of the General Warehouse Worker position:

_____
_____
_____
_____
_____
_____

☐ Recommend further evaluation:

_____
_____
_____
_____

☐ Remarks:

_____
_____
_____
_____
_____

Print physician name _____

Physician signature _____ Date _____

6-2015

# DOLLAR GENERAL

**PHYSICAL EVALUATION**  Date _____

Patient Name: _____ SSN: _____ DOB: _____

Employer: _____

<u>Please answer the following questions indicating your ability to perform the essential job functions of the General Warehouse Worker position, with or without reasonable accommodation</u>:

### MEDICAL HISTORY
(Do Not Provide Family Medical History Information)

| Question | Y/N |
|---|---|
| Have you had any previous major medical problems that may impact your ability to perform this position? | Y / N |
| Are you currently under a physician's care? | Y / N |
| Have you had any surgeries that may impact your ability to perform this position? | Y / N |
| If yes, please list _____ | |
| Have you been hospitalized in the past year? | Y / N |

### ALLERGIES:
Are you allergic to any conditions/materials/products that may be found in a warehouse?  Y / N
Please list: _____

### MEDICATIONS
Do you take any medications that may impact or impair your ability to perform this position (e.g., affect motor skills)?  Y / N
If yes, please list _____
Reason _____
Doctor's Name _____

Last Tetanus _____

---

**Health History; Do Not Provide Family Medical History Information**

| Condition | Y/N | Condition | Y/N |
|---|---|---|---|
| Any illness or injury that may impact your ability to perform this position? | Y / N | Liver disease | Y / N |
| Head/Brain injuries, disorders or illness | Y / N | Fainting, dizziness | Y / N |
| Seizures, epilepsy medication _____ | Y / N | Stroke or paralysis | Y / N |
| Eye disorders or impaired vision (except corrective lenses) | Y / N | Missing or impact hand, arm, foot, leg, finger, toe | Y / N |
| Heart disease or heart attack; other cardiovascular condition medication _____ | Y / N | Spinal injury or disease | Y / N |
| Heart surgery (valve replacement/bypass, angioplasty, pacemaker) | Y / N | Chronic low back pain | Y / N |
| High blood pressure medication _____ | Y / N | Narcotic or habit forming drug use | Y / N |
| Lung disease, emphysema, asthma, chronic bronchitis | Y / N | Shortness of breath | Y / N |
| Sleep disorders, daytime sleepiness | Y / N | Muscular disease | Y / N |
| Loss of, or altered consciousness | Y / N | Ear disorders, loss of hearing or balance | Y / N |
| Kidney disease, dialysis | Y / N | Diabetes or elevated blood sugar <u>NOT</u> controlled by: | |
| | | - Diet | Y / N |
| | | - Pills | Y / N |
| | | - Insulin | Y / N |

### Medical Release
I authorize the release of any information acquired in the course of my examination to Dollar General and its representatives.

Signature _____  Date _____

*Note: The Genetic Information Nondiscrimination Act of 2008 prohibits employers from requesting or requiring genetic information of an individual or family member of the individual, unless specifically allowed by the law. You are not required to provide any family medical history, the results of your genetic tests or genetic tests of your family members, that you or a family member sought or received genetic services, genetic information of a fetus carried by you or a family member or an embryo lawfully held by you or a family member receiving assistive reproductive services. If you are a person with a disability, as that term is defined by the Americans with Disabilities Act ("ADA") or other law, and you require an accommodation in relation to the physical evaluation, please contact the Human Resources Department at Dollar General's Distribution Center.*                                6-2015



## DOLLAR GENERAL JOB ANALYSIS

FLSA: Hourly
Date: 3-2011

**JOB TITLE:** General Warehouse Worker
**DOT NUMBER:** 922.687-058
**INDUSTRY:** Retail
**DEPARTMENT:** Warehouse
**REPORTS TO:** Warehouse Supervisor
**SUPERVISES:** None

### JOB SUMMARY:

Responsible for the expedient and accurate handling of merchandise into and/or out of the warehouse facility. General warehouse duties occur within the assigned area of warehouse operations, but position supports all areas of the warehouse as needed.

### DESCRIPTION OF TASKS:

Warehouse worker position incorporates several subtitles: Repacker; Order Selector; Order Picker; MUOP Driver; Stock Clerk; Tote Washer; Cycler; Baler; Scanner; Shipping Clerk; Checker; Lift Driver; Pallet Driver; Case Picker. These various positions within the warehouse utilize lift trucks, stock elevators, dollies, pallets, gravity rollers, step stools, forklifts, hand trucks, conveyors, motorized merchandise movement equipment, hand scanners, and general hand tools to handle merchandise coming into and/or out of the warehouse facility. Workers wear street clothes and environmental factors include heat, cold, and noise. Personal protective equipment utilized includes: hearing protection, eye protection, and steel toed shoes/boots.

### DUTIES AND ESSENTIAL FUNCTIONS:

- Moves incoming or outgoing merchandise throughout the distribution center by hand, hand truck, or forklift equipment.
- Checks, verifies and audits merchandise to ensure that ordered merchandise has been received and that merchandise is as ordered and not damaged or defective; enters data into remote data terminal.
- Identifies, separates, labels, and palletizes merchandise onto flats.
- Replenishes pick areas as identified by replenishment reports and various requests for merchandise.
- Fills merchandise orders from stores by selecting and moving merchandise from pick slot to conveyor.
- Loads outgoing merchandise from conveyor and/or four-wheel truck into trailer.
- Reports damages and/or vendor compliance issues to supervisor.
- Partners with supervisor to resolve problems or discrepancies.
- Meets safety, productivity and quality standards.
- Performs other related duties and responsibilities as assigned.

### EDUCATION/TRAINING/EXPERIENCE/LICENSE REQUIRED:

- High school diploma or equivalent preferred
- Experience working in an automated distribution center preferred
- Experience with warehouse management systems applications preferred

1
**JOB ANALYSIS- General Warehouse Worker**
RE: _____
03/2011

CONFIDENTIAL

DG_EEOC_Jackson_000030

**HOURS WORKED:**

Hours of Work: Up to 12 hours
Shifts Per Week: 5
Shifts Per 2 Week Period: 2
Shifts/Day This Job Operates: 3
Job Rotation: Yes
Routine Activity: Yes
Periods of Non-Routine Activity: Yes

**PHYSICAL DEMANDS:**

> **VERY RARELY** – Less than 1% of the shift in this activity.
> **RARELY** - less than 10% of the shift spent in this activity.
> **INTERMITTENTLY** – Performance for short periods of time – less than 10% of the day.
> **OCCASIONALLY** - up to 33% of the shift spent in this activity.
> **FREQUENTLY** - up to 66% of the shift spent in this activity.
> **CONTINUOUSLY** - from 67% to 100% of the shift in this activity.

**A.   STANDING:**

*Remain on one's feet in an upright position in a work station without moving about.*
**Frequently,** while cutting open cases, stacking shelves, placing cases on pallet jack, and placing cardboard from roll tainers and onto conveyor belts.

**B.   WALKING:**

*Moving about on foot.*
**Continuously,** throughout the day, while performing all job duties including removing/replacing totes, retrieving stock from the Drop Zone, delivering cases to bays, and moving rolltainers.

**C.   SITTING:**

*Remaining in a seated position.*
**Frequently,** to operate a forklift or MUOP.

**D.   CLIMBING:**

*To ascend or descend ladders, scaffolding, stairs, poles, inclined surfaces.*
**Occasionally,** throughout the course of the day, utilization of a stepstool to reach higher shelves or stairs to navigate between levels.

**E.   BENDING:**

*To flex upper trunk forward (knees extended - standing; knees flexed - sitting).*
**Continuously,** while selecting/repacking items, placing cases on shelves, handling cardboard, and stacking rolltainers.

2
JOB ANALYSIS- General Warehouse Worker
RE: _____
03/2011

CONFIDENTIAL

DG_EEOC_Jackson_000031

F. **KNEELING**:

*Bending the legs at the knees to come to rest on the knee or knees.*
**Rarely,** to reach items on low shelves.

G. **LIFTING**:

*Raising or lowering an object from one level to another.*

75lbs   **Occasionally** includes manually putting merchandise on a pallet
45lbs   **Frequently** – average weight of merchandise loaded on pallets

H. **CARRYING**:

*Transporting an object, usually holding it in the hands or arms, or on the shoulder.*

24 lbs.   **Occasionally,** to move a tote.

I. **BALANCING**:

*To maintain body equilibrium.*
**Occasionally,** while on a ladder or stepstool.

J. **PULLING**:

*To draw towards oneself, in a particular direction, or into a particular position.*
**Continuously,** to move rolltainers loaded with merchandise from the truck and empty rolltainers back to the truck. Maximum force to pull rolltainer: 48 PSI.

K. **PUSHING**:

*To exert force on or against an object in order to move it away.*
**Continuously,** to move rolltainers loaded with merchandise from the truck and empty rolltainers back to the truck. Maximum force to push rolltainer: 32 PSI.

L. **CROUCHING**:

*Bending body downward and forward by bending legs and spine.*
**Very rarely,** based on reaching items on a low shelf.

M. **STOOPING**:

*Bending the body downward and forward by bending the spine at the waist.*
**Continuously,** to select/repack/pick orders, bale cardboard, and stack products on rolltainers.

N. **REACHING**:

*Extending the hands and arms in any direction.*

Above shoulder height – **Frequently,** while selecting/repacking/picking orders and stacking products.

3
JOB ANALYSIS- General Warehouse Worker
RE: _____
03/2011

CONFIDENTIAL

DG_EEOC_Jackson_000032

At shoulder height – **Frequently**, while selecting/repacking/picking orders, stacking products, and baling cardboard.

Below shoulder height – **Frequently**, while selecting/repacking/picking orders, stacking products, and baling cardboard.

**O. CRAWLING:**

*To move entire body along a surface with hip/knee flexion and arm extension/flexion.*
**Not Required**

**P. TWISTING:**

*To rotate upper trunk to right or left from neutral while sitting or standing.*
**Frequently**, based on removing cardboard from rolltainers and placing on conveyor belts and stacking products onto rolltainers.

**Q. EYE, HAND, FOOT COORDINATION:**

*Operating of foot and hand controls.*
**Continuously**, while moving rolltainers, operating tuggers, forklifts, and MUOP, and using box cutters.

**MACHINES, TOOLS, EQUIPMENT, AND WORK AIDS:**

Rolltainer, tugger, forklift, MUOP (man up operator driver), pallets, hand trucks, carts, conveyors, box cutter, and radio frequency unit.

**WORKING AROUND MOVING MACHINERY:**

Rolltainer, tugger, forklift, MUOP (man up operator driver), conveyors, and baler.

**MATERIALS AND PRODUCTS:**

General merchandise.

**ENVIRONMENTAL CONDITIONS:**

100% indoors. Heat, cold, and noise.

**HAND COORDINATION:** (when applicable)

*Right hand, left hand, both hands, how often and how long.*

| | |
|---|---|
| Major hand | - **Both, continuously**, throughout the day while performing all job duties. |
| Fine Manipulation | - **Continuously**, while utilizing small hand tools and operating scanners. |
| Gross Manipulation | - **Continuously**, while operating machinery. |
| Simple Grasping | - **Continuously**, while using box cutter, dollies, pallets, hand trucks, hand scanners, and general hand tools. |
| Power Grip | - **Continuously**, while using, dollies, pallets, hand trucks, and general hand tools. |

4
**JOB ANALYSIS- General Warehouse Worker**
**RE:** _____
03/2011

CONFIDENTIAL

# DOLLAR GENERAL JOB DESCRIPTION

**DOLLAR GENERAL**

FLSA: Non-exempt
Date: January - 2009

**JOB TITLE:** General Warehouse Worker

**DEPARTMENT:** Warehouse

**REPORTS TO:** Warehouse Supervisor

### GENERAL SUMMARY: Why does the position exist? (2-3 sentences)

Responsible for the expedient and accurate handling of merchandise into and/or out of the warehouse facility. General warehouse duties occur within the assigned area of warehouse operations, but position supports all areas of the warehouse as needed.

### DUTIES and RESPONSIBILITIES: List the principal duties and responsibilities and the percentage of time associated with each.

- Moves incoming or outgoing merchandise throughout the distribution center by hand, hand truck, or forklift equipment.
- Checks, verifies and audits merchandise to ensure that ordered merchandise has been received and that merchandise is as ordered and not damaged or defective; enters data into remote data terminal.
- Identifies, separates, labels, and palletizes merchandise onto flats.
- Replenishes pick areas as identified by replenishment reports and various requests for merchandise.
- Fills merchandise orders from stores by selecting and moving merchandise from pick slot to conveyor.
- Loads outgoing merchandise from conveyor and/or four-wheel truck into trailer.
- Reports damages and/or vendor compliance issues to supervisor.
- Partners with supervisor to resolve problems or discrepancies.
- Meets safety, productivity and quality standards.
- Performs other related duties and responsibilities as assigned.

### KNOWLEDGE and SKILLS: List the preferred knowledge and skills.

- Communication skills sufficient to communicate with co-workers; to understand and provide directions; to respond to management inquiries; and to make entries on reports and records
- Basic knowledge of simple math concepts
- Ability to use a Radio Frequency Unit
- Ability to learn basic knowledge of use and operations of motorized merchandise movement equipment
- Ability to maintain annual certification requirements

### WORK EXPERIENCE and/or EDUCATION: List the preferred work experience and/or education.

- High school diploma or equivalent preferred
- Experience working in an automated distribution center preferred
- Experience with warehouse management systems applications preferred

### WORKING CONDITIONS: List the physical environment (adverse, hazardous, unpleasant) and working conditions (level/intensity, frequency, duration).

- Continuous lifting of merchandise up to 65 pounds on a regular basis, and occasional team lifting of merchandise up to 85lbs
- Continuous walking, including long distances and up and down stairs
- May work at heights up to 30 feet above ground
- Standing, bending, stooping, squatting, kneeling, reaching, and pushing and pulling using hands and/or arms on a repetitive basis above and below the shoulder level
- May work continuously up to 12 hours
- Exposure to extreme heat and cold conditions as well as dust and noise

This job description represents an overview of the responsibilities for the above referenced position and is not intended to represent a comprehensive list of responsibilities. Employees should perform all duties as assigned by his/her supervisor.



# Dollar General Pre-Employment Physical Evaluation

## What to expect during the Physical Evaluation

- Blood Pressure Reading
- Heart Rate Reading
- Movement Testing

Please wear comfortable, casual and loose-fitting clothing with tennis shoes.

Please limit caffeine intake, tobacco products and antihistamines due to their effect on blood pressure and heart rate.

Note: The Genetic Information Nondiscrimination Act of 2008 prohibits employers from requesting or requiring genetic information of an individual or family member of the individual, unless specifically allowed by the law. You are not required to provide any family medical history, the results of your genetic tests or genetic tests of your family members, that you or a family member sought or received genetic services, genetic information of a fetus carried by you or a family member or an embryo lawfully held by you or a family member receiving assistive reproductive services.

Dollar General is committed to equal employment opportunity. If you are a person with a disability, as that term is defined by the Americans with Disabilities Act ("ADA") or other law, and you require an accommodation in relation to the physical evaluation, please contact the Human Resources Department at Dollar General's Distribution Center.

6-2015

 **Pre-Employment Physical**

## Please fax to Bessemer DC HR at (205)497-6807

Name of Candidate: _____

☐ **Qualified**

☐ **Not Qualified**

☐ **Referred to PMD**
(Copy of Job Analysis was provided to candidate for PMD review)

Signature _____ Date: _____

6-2015

CONFIDENTIAL

DG_EEOC_Jackson_000036