# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| and | ) ) |
| VINCENT JACKSON, | ) ) |
| Plaintiff-Intervenor, | ) ) |
| v. | ) ) Civil Action No. 2:17-cv-01649-MHH |
| DOLGENCORP, LLC, | ) ) |
| Defendant. | ) |

## DEFENDANT'S MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL

Pursuant to 28 U.S.C. § 1292(b), Defendant Dolgencorp, LLC ("Dollar General") moves for certification of interlocutory appeal of the Court's July 26, 2022 Memorandum Opinion (Doc. 131) on following two questions:

1. Is a GINA claim for the "acquisition of genetic information" under 42 U.S.C. § 2000ff-1(b) a claim for "intentional unlawful discrimination" within the meaning of 42 U.S.C. § 1981a for which compensatory and punitive damages are available?

2. Is an ADA claim of qualification standards that screen out or tend to screen out individuals with disabilities under 42 U.S.C. § 12112(b)(6) analyzed exclusively as a disparate impact claim or can it be established through a showing of disparate treatment?

As explained in the accompanying memorandum, these two questions are controlling questions of law that do not require any assessment of disputed facts in the record; are questions over which there is substantial ground for difference of opinion; and resolution of these questions

4880-7138-1548.1

will materially advance termination of the litigation. Accordingly, they are appropriate for certification to the Eleventh Circuit.

For these reasons, Dollar General respectfully requests that the Court certify the Court's July 26, 2022 Memorandum Opinion for interlocutory appeal on the above questions.

Respectfully submitted,

/s/ Stanley E. Graham
Stanley E. Graham, Esq.
John E. B. Gerth, Esq.
Frederick L. Conrad III, Esq.
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
stan.graham@wallerlaw.com
jeb.gerth@wallerlaw.com
trip.conrad@wallerlaw.com

*Attorneys for Defendant Dolgencorp, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2022, the foregoing Motion for Certification of Interlocutory Appeal was served *via* the court's electronic filing system on the following counsel of record:

**Marsha L. Rucker, Esq.**
**Gerald L. Miller, Esq.**
**Gina Pearson, Esq.**
**Russell P. Parker, Esq.**
**Kurt S. Fischer, Esq.**
Equal Employment Opportunity Commission
1130 22nd Street South
Suite 2000
Birmingham, AL 35205
marsha.rucker@eeoc.gov
gerald.miller@eeoc.gov
gina.pearson@eeoc.gov
kurt.fischer@eeoc.gov
russ.parker@eeoc.gov

**David W. Scott, Esq.**
D.W. Scott Law LLC
P.O. Box 11734
Birmingham, AL 35202
david@dwscottlaw.com

**Byron R. Perkins, Esq.**
Perkins Law
The Civic Center Medical Forum Bldg.
950 22nd Street N., Suite 550
Birmingham, AL 35203
bperkins@perkins-law.com

    /s/ Stanley E. Graham