Case 2:17-cv-01649-MHH   Document 155   Filed 04/28/23   Page 1 of 1
USCA11 Case: 23-90003   Document: 23-2   Date Filed: 04/28/2023   Page: 1 of 1

FILED
2023 Apr-28  AM 11:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 23-90003-H

_____

DOLGENCORP, LLC,

                                                                                              Petitioner,

versus

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,
VINCENT JACKSON,

                                                                                              Respondents.

_____

Appeal from the United States District Court for the
Northern District of Alabama

_____

Before: JORDAN, NEWSOM, and GRANT, Circuit Judges.

BY THE COURT:

  The petition for permission to appeal is DENIED.